UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

RANDAL RITCHIE,

    Plaintiff,

v

COLDWATER COMMUNITY SCHOOLS,
COLDWATER COMMUNITY SCHOOL
BOARD, SCHOOL BOARD MEMBERS
ROBIN IVESON, JEAN MILNES, WILLIAM
RODGERS (former), RONALD SMITH
(former), RICK GATES, EDWARD LAKE,
JAMES HISCOCK, CLAIR DEAN, NICHOLAS
KRZEMINSKI, SUPERINTENDENT OF
SCHOOLS TINA KERR, DAVID DISLER, and
PROFESSIONAL EDUCATION SERVICES
GROUP, LLC,

    Defendants.

Case No. 1:11-cv-530

Honorable: Gordon J. Quist

_____

| | |
|---|---|
| Terry E. Heiss (P36687) | William Vogelzang, Jr. (P29231) |
| ADA LEGAL GROUP | Duncan A. McMillan (P29136) |
| Attorneys for Plaintiff | Mark T. Ostrowski (P49761) |
| 6440 Fulton Street East, #201 | KLUCZYNSKI, GIRTZ & VOGELZANG |
| Ada, MI  49301 | Attorneys for Defendants Coldwater Comm. |
| (616) 676-3850 | Schools, Coldwater School Board and Board |
| | Member Iveson, Superintendent Kerr and Disler |
| | 648 Monroe Avenue, NW, Suite 400 |
| | Grand Rapids, MI  49503 |
| | (616) 459-0556 |

_____

## DEFENDANTS' OFFER OF JUDGMENT

    NOW COME Defendants, Coldwater Community Schools, Coldwater Community School Board, Board Member Robin Iveson, Superintendent Tina Kerr and David Disler, by and through their attorneys, Kluczynski, Girtz & Vogelzang, and pursuant to Fed.R.Civ.P. 68(a), hereby make an Offer of Judgment in the amount of Fifty Thousand

Dollars ($50,000.00), inclusive of all costs, interest and attorney's fees accrued to the date of filing this Offer.

        Respectfully submitted,

        KLUCZYNSKI, GIRTZ & VOGELZANG
        Attorneys for Defendants

Date:  September 21, 2012        By:   /s/ *William Vogelzang, Jr.*
        William Vogelzang, Jr. (P29231)
        Duncan A. McMillan (P29136)
        Mark T. Ostrowski (P49761)
        Business Address and Telephone:
        648 Monroe Avenue, NW, Suite 400
        Grand Rapids, MI  49503
        616-459-0556